# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| JACQUELINE GOODALL, ) | |
|           Plaintiff, ) | |
| v. ) | |
| ) | |
| LVNV FUNDING, LLC, ) | Civil Action No. 3:22-cv-00534 -REP |
|           Defendant. ) | |
| ) | |

## NOTICE OF SETTLEMENT

COME NOW the parties, by their respective counsel, and submit this Notice of Settlement pursuant to Section I.D. of Pretrial Schedule A [ECF No. 13-1] and inform the Court that they have resolved and settled the claims asserted by Plaintiff against the Defendant in the above-captioned matter.

The parties are in the process of finalizing a settlement agreement and will be filing an Agreed Dismissal Order for entry within the required timeframe provided for in Pretrial Schedule A.

          Respectfully submitted,

          /s/ Laura May Hooe
          Matthew Hundley (VSB No. 76865)
          Laura May Hooe (VSB No. 84170)
          Moran Reeves & Conn PC
          1211 E. Cary Street
          Richmond, VA 23219
          804-421-6250 (phone)
          804-421-6251 (fax)
          mhundley@moranreevesconn.com
          lmayhooe@moranreevesconn.com

          Joseph Tucker (admitted *pro hac vice*)
          DINSMORE & SHOHL LLP
          101 South Fifth Street, Suite 2500
          Louisville, Kentucky 40202

Joseph.tucker@dinsmore.com
502-540-2300
*Counsel for LVNV Funding, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing has been served this 3rd day of July, 2023, using the Court's CM/ECF system, which will send a notification to all counsel of record in this matter.

/s/ Laura May Hooe
*Counsel for LVNV Funding, LLC*