# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **JACQELINE GOODALL,** ) | **CASE #: 3:22 -CV-534-REP** |
| PLAINTIFF, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| **LVNV FUNDING, LLC** ) | **JURY TRIAL DEMANDED** |
| DEFENDANTs. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the parties, by counsel, pursuant to Fed. R. Civ. P. 41(a), and STIPULATE that the complaint is DISMISSED WITH PREJUDICE as to all parties. The court shall retain jurisdiction to enforce the terms of any settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

| **HENRY H. RILEY** | **LVNV Funding, LLC** |
|---|---|
| /s/ Jason M. Krumbein, Esq.<br>by: Jason M. Krumbein, Esq. VSBN 43538<br>JKrumbein@KrumbeinLaw.com<br>Krumbein Consumer Legal Services, Inc.<br>Counsel for Plaintiff<br>1650 Willow Lawn Drive, Suite 300<br>Richmond, VA 23230<br>804.592.0792 phone<br>804.823.2565 fax | /s/ Laura May Hooe<br>By: Laura May Hooe, VSBN 84170<br>LMayHooe@MoranReevesConn.com<br>Matthew J. Hundley, VSBN 76865<br>MHundley@MoranReevesConn.com<br>Moran Reeves & Conn, PC<br>1211 E. Cary St.<br>Richmond, VA 23219<br>804-421-6250<br>804-421-6251 fax<br><br>Joseph N. Tucker (PHV)<br>Joseph.Tucker@Dinsmore.com<br>Dinsmore & Shohl, LLP<br>101 South Fifth St., Suite 2500<br>Louisville, KY 40202<br>502-540-2360<br>502-585-2207 (fax) |

CERTIFICATE OF SERVICE

I hereby certify that on this 18 July 2023 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Laura May Hooe, Esq.**
**Matthew J. Hundley, Esq.**
**Joseph N. Tucker, Esq.**
**Counsel for LVNV Funding, LLC**

And to the following non-filing users:

NONE

                                                    /s/
                                        Jason M. Krumbein, Esq. VSB# 43538
                                        JKrumbein@KrumbeinLaw.com
                                        Krumbein Consumer Legal Services, Inc.
                                        1650 Willow Lawn Drive, Suite 201
                                        Richmond, VA 23230
                                        (804) 592-0792 - Telephone
                                        (804) 823-2565 – Facsimile